UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LARRY H. LIEBZEIT,

    Plaintiff,

    v.                                         Case No. 19-C-780

MIDLAND CREDIT MANAGEMENT, INC., et al.,

    Defendants.

## ORDER

The court entered an order on March 4, 2020, after counsel advised that a settlement had been reached in this action, directing counsel to file a motion to dismiss this case or a stipulation of dismissal within 21 days, unless counsel requested additional time in writing. Dkt. No. 22. To date, counsel has neither filed a motion for an extension of time nor filed a stipulation of dismissal. Counsel was warned that failure to make a timely submission would result in the dismissal of the action with prejudice for failure to prosecute. Accordingly, this case is dismissed with prejudice for failure to prosecute. Civil L.R. 41(c).

**SO ORDERED** at Green Bay, Wisconsin this 31st day of March, 2020.

                                                s/ William C. Griesbach  
                                               William C. Griesbach, District Judge  
                                               United States District Court